# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

OSNI ELIONAHI MORALES PEREZ

Petitioner,

v.

DIRECTOR, OTAY MESA DETENTION CENTER; et al.,

Respondents.

Case No.: 26-cv-03598-DMS-DDL

**ORDER ON JOINT MOTION TO DISMISS**

Having considered the parties' Joint Motion to Dismiss, and finding good cause therefor, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

It is **SO ORDERED.**

Dated:  June 23, 2026

Hon. Dana M. Sabraw
United States District Judge